IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEATHER DUFFY PLUNKETT, et al. | : | CIVIL ACTION |
| | : | NO. 14-6545 |
| v. | : | |
| | : | |
| NATIONWIDE MUTUAL INSURANCE | : | |
| CO. | : | |

## ORDER

AND NOW, this 22nd day of December, 2014, upon consideration of the motion to remand by plaintiffs Heather Duffy Plunkett and Francis McCaffery (Dkt. No. 2), defendant Nationwide Mutual Insurance Co.'s response (Dkt. No. 3) and the parties' replies (Dkt. Nos. 4, 5) and consistent with the accompanying memorandum of law, it is ORDERED that plaintiffs' motion is GRANTED insofar as it seeks to remand this action to state court. I deny the motion insofar as it seeks an award of costs and attorney's fees. This action is remanded to the Court of Common Pleas of Philadelphia County. The Clerk of Court is directed to mail a certified copy of the Order of remand to the Clerk of the Court of Common Pleas for Philadelphia County forthwith.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.